UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

J.B. HUNT TRANSPORT, INC.,

    Plaintiff,

v.                                             Case No. 04-CV-70347-DT

JAMAL ADAMS and STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY,

    Defendants,

and

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Third-Party Plaintiff,

v.

HERMAN DIAZ,

    Third-Party Defendant.

and

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Counter-Claimant,

v.

J.B. HUNT,

    Counter-Defendant,

and STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Third-Party Plaintiff,

v.

BLUE CARE NETWORK OF MICHIGAN,

    Third-Party Defendant.

                                                      /

**ORDER ADJOURNING TRIAL AND REOPENING DISCOVERY**

    On September 25, 2006, the court conducted a telephone conference in the above-referenced case regarding a last-minute discovery dispute which had arisen between the parties. Specifically, the court was informed that on September 25, 2006, counsel for J.B. Hunt Transport, Inc. ("J.B. Hunt") sent an e-mail to counsel for State Farm Mutual Automobile Insurance Company ("State Farm") indicating that repair records previously represented to be the records related to the trailer at issue in this action may actually be associated with one or more other trailers. These records have been the focus of the court's analysis on numerous occasions in the past (*See* Dkt. ## 65, 71, 76), and the court is well aware of their importance to this litigation.

    Trial is currently scheduled to begin on September 27, 2006, but given the unexpected circumstances which have arisen concerning the central issue of this lawsuit, the court must grant counsel's joint request to adjourn trial and reopen discovery focused on the issue of the trailer records and whether the trailer involved in the underlying incident was operated in the state of Michigan for more than 30 days in 2003. Accordingly,

    IT IS ORDERED that trial in this matter is ADJOURNED pending further notice from the court. The court will conduct a status conference with counsel on **October 25,**

**2006 at 3:00 p.m.** Finally, IT IS ORDERED that the appropriate representative from J.B. Hunt shall appear for a deposition pursuant to Federal Rule of Civil Procedure 30(b)(6) on **September 27, 2006** at a time and place to be agreed upon between the parties.

    S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: September 29, 2006

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 29, 2006, by electronic and/or ordinary mail.

    S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C3 ORDERS\04-70347.JBHUNT.AdjournTrialReopenDiscovery.wpd