**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

J.B. HUNT TRANSPORT, INC.,

    Plaintiff,

v.                                                         Case No. 04-CV-70347-DT

JAMAL ADAMS and STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY,

    Defendants,

and

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Third-Party Plaintiff,

v.

HERMAN DIAZ,

    Third-Party Defendant.

and

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Counter-Claimant,

v.

J.B. HUNT,

    Counter-Defendant,

and

STATE FARM MUTUAL AUTOMOBILE

INSURANCE COMPANY,

    Third-Party Plaintiff,

v.

BLUE CARE NETWORK OF MICHIGAN,

    Third-Party Defendant.

_____/

## ORDER SETTING DATES

On August 29, 2007, the court conducted a telephone conference in the above-captioned matter. During the conference, State Farm and Blue Care Network[1] (the "Parties") reached an agreement concerning informal discovery. In accordance with the parties' agreement,

IT IS ORDERED that the parties shall complete informal discovery by **October 29, 2007.** It is the court's understanding that discovery will center upon Jamal Adams's medical treatment and related issues.

IT IS FURTHER ORDERED that the court will conduct a telephone status conference on **October 29, 2007** at **2:00 p.m.**, at which point the parties will update the court regarding their findings and the status of the case. The court will initiate the call.

---

[1] The parties participating in the telephone conference were State Farm and Blue Care Network.

The parties are encouraged to consider the possibility of resolving their remaining, narrowed dispute via arbitration or facilitation.

                                                s/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: September 6, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 6, 2007, by electronic and/or ordinary mail.

                                                s/Lisa G. Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522