**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

J.B. HUNT TRANSPORT, INC.,

    Plaintiff,

v.                                              Case No. 04-CV-70347-DT

JAMAL ADAMS and STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY,

    Defendants,

and

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Third-Party Plaintiff,

v.

HERMAN DIAZ,

    Third-Party Defendant,

and

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Counter-Claimant,

v.

J.B. HUNT,

    Counter-Defendant,

and

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

Third-Party Plaintiff,

v.

BLUE CARE NETWORK OF MICHIGAN,

Third-Party Defendant.
                                                                    /

## SCHEDULING ORDER

On November 26, 2007, the court conducted a telephone conference in the above-referenced case. During the conference, the remaining parties informed the court that they are continuing to work toward resolving this case. Specifically, they are reviewing the pertinent medical records and discussing the possibility of settlement. In the event the case does not settle, the parties agreed to the schedule set forth below. Accordingly,

IT IS ORDERED that Blue Care Network of Michigan shall file any motion to affirm by **January 9, 2008**. State Farm Mutual Automobile Insurance Company shall file its response by **January 23, 2008**. A reply, if any, must be filed by **February 6, 2008**. Unless otherwise ordered, no hearing will be conducted on the motion. *See* E.D. Mich. LR 7.1(e)(2).

    S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: November 27, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 27, 2007, by electronic and/or ordinary mail.

                                           S/Lisa Wagner
                                           Case Manager and Deputy Clerk
                                           (313) 234-5522

S:\Cleland\JUDGE'S DESK\C3 ORDERS\04-70347.JBHUNT.SchedulingOrder.wpd

3